# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 15-309** |
| **ALEXANDER CASTRO** | **SECTION I** |

## ORDER & REASONS

Before the Court is defendant Alexander Castro's ("Castro") motion[1] for a sentence reduction pursuant to the First Step Act of 2018 (the "First Step Act"). Castro also requests that the Court appoint him counsel.

Having reviewed Castro's motion, the Court determines that it is without merit. Section 404 of the First Step Act does not apply to Castro's conviction as he was not convicted of a cocaine base offense. Additionally, Scott committed the instant offense after the Fair Sentencing Act took effect on August 3, 2010.[2] Similarly, Section 402, otherwise known as the "safety valve" provision, does not apply because the provision is not retroactive. Finally, even if Section 402 could be applied retroactively, Castro would not have been eligible to receive the benefits of the safety-valve amendments at the time of his sentencing.

---

[1] R. Doc. No. 60.
[2] On April 14, 2016, Castro pled guilty to conspiracy to distribute 5 kilograms or more of cocaine hydrochloride. *See* R. Doc. No. 18, at 1; R. Doc. No. 7, at 1. He was sentenced on January 11, 2018. R. Doc. No. 59.

Accordingly,

**IT IS ORDERED** that the motion is **DENIED.**[3]

**IT IS FURTHER ORDERED** that Castro's request for the appointment of counsel is **DENIED.**

New Orleans, Louisiana, May 20, 2019.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[3] Because the Court concludes that Castro's motion is meritless, and because he has cited to no legal authority suggesting that he is entitled to an attorney at this stage of his proceedings, the Court declines Castro's request for the appointment of counsel.